AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:21-mj-00040 |
| | ) Assigned to: Judge Zia M. Faruqui |
| WILLIAM MCCALL CALHOUN JR. | ) Assigned Date: 1/12/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 1752(a) | Restricted Building or Grounds |
| 40 U.S.C. 5104(e)(2) | Violent Entry or Disorderly Conduct |
| 18 U.S.C. 1512(c)(2) | Tampering With a Witness, Victim, or an Informant |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Ryan E. Genry, Special Agent FBI
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1. by telephone.

Date: 01/12/2021

_Judge's signature_

City and state: Washington, D.C.     Hon. Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_