# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-000116 |
| ) | |
| WILLIAM MCCALL CALHOUN, JR ) | |
| ) | |
| Defendant. ) | |

_____

## NOTICE OF HEARING
_____

COMES NOW, Defendant, William McCall Calhoun, Jr., by and through undersigned counsel, and hereby gives notice that he will call upon his Motion for Bond Reconsideration, for hearing on Friday, March 5, 2021 at 1:00 P.M.

Dated: March 4, 2021

    Respectfully Submitted,

    WILLIAM MCCALL CALHOUN, JR.

    By: /s/ *Jessica N. Sherman-Stoltz*
    Jessica N. Sherman-Stoltz, Esq.
    Virginia State Bar #90172
    Sherman-Stoltz Law Group, PLLC.
    P.O. Box 69, Gum Spring, VA 23065
    Phone: (540) 760-7612
    Fax: (540) 572-4272
    Email: jessica@sslawgroupva.com

## CERTIFICATE OF SERVICE

I hereby CERTIFY that on this, the 4th day of March 2021, a true copy of the foregoing Notice of Hearing, was emailed to:

Mr. Jonathan Hopkins, Courtroom Deputy
Email: Jonathan_Hopkins@dcd.uscourts.gov

Chambers for the Honorable Judge Dabney L. Friedrich
Email: Lauren.Goddard@usdoj.gov

Assistant U.S. Attorney Adam Alexander
Email: Adam.Alexander@usdoj.gov

Until such time that it can be filed via CM/ECF, which will send an additional notification of filing to all the parties.

/s/ *Jessica N. Sherman-Stoltz*
Jessica N. Sherman-Stoltz, Esq.
Virginia State Bar #90172
Sherman-Stoltz Law Group, PLLC.
P.O. Box 69, Gum Spring, VA 23065
Phone: (540) 760-7612
Fax: (540) 572-4272
Email: jessica@sslawgroupva.com