

 **McCall Calhoun**
@McCallCalhoun

Being physically present in Washington on January 6 is of key importance.

We the People have no other realistic option to communicate our unwavering intent to demand fair elections now and forever - or else.

I'll see you there!
read less

 0    ⟁ 2    ⟁ 6


GOVERNMENT
EXHIBIT
2
PENGAD 800-631-6989

McCall Calhoun
@McCallCalhoun

Headed to D.C. to give the GOP some back bone - to let them know this is their last chance to Stop the Steal - or they are
going to have bigger problems than these coddled Antifa burning down their safe spaces.

DC announced it is "banning guns" when we storm the Capitol tomorrow. LoL - guns are already banned in DC. Very illegal.

Whether the police can enforce their gun laws depends on how many armed Patriots show up.

Ironically, in the long list of firearms and weapons banned by the DC ordinance, tomahawks are not mentioned, meaning there is no prohibition against carrying a tomahawk as long as it is not used offensively!

The tomahawk revolution- real 1776!

read less

 5     1     6

make a comment

GOVERNMENT
EXHIBIT
3
_____
PENGAD 800-631-6989



**McCall Calhoun**
7h · 🌐

We're going to get inside the Capitol before this ends

👍 Dandon Hancock and 20 others       7 Comments  1 Share

👍 Like          💬 Comment          ↗ Share

**McCall Calhoun**

GOVERNMENT EXHIBIT 4



**McCall Calhoun**
3h · 🌐

Patriots have taken the Capitol building. We overran multiple police barricades and swarmed the building. We busted through – thousands of us swarmed in.

There was a last police barricade inside, and we had packed in right up to them.

Somebody yelled "push through", so we did and the shock of our momentum brushed them aside – some people we're bleeding pretty badly by that point.

After we had overrun that last police barricade, the momentum caused a bad crush at one point,  but carried the Vanguard through several smaller doors and down halls as we swarmed Congress yelling the names of various members.

Then we stormed upstairs through the rotunda admiring the amazing art work but at the same time looking for members of Congress, as by this time we physically owned the Capitol - all law enforcement had retreated to the perimeter and even more thousands were trying to push in!

And get this – the first of us who got upstairs kicked in Nancy Pelosi's office door and pushed down the hall towards her inner sanctum, the mob howling with rage – Crazy Nancy probably would have been torn into little pieces, but she was nowhere to be seen - then a swat team showed, and we retreated back to the rotunda and continued our hostile take over of the Capitol Building.

There was such a push of even more Patriots coming into the Capitol that we couldn't get out for about 20 minutes









GOVERNMENT
EXHIBIT
5

📷 Photos

**McCall Calhoun**
1h · 🌐

Today the American People proved that we have the power.

We physically took control of the Capital building in a hand to hand hostile takeover.

We occupied the Capitol and shut down the Government - we shut down their stolen election shenanigans.

I was there and saw it all. My buddy Andy Nalley and I were in the first two hundred to rush up the steps and inside after the Vanguard had clashed hard with the police and had made them retreat.

The military isn't going to save the Democrat Communists. They are done.

Today we brought our Government to its knees with no weapons.

Now we're all going back armed for war and the Deep State is about to get run out of DC.

👍😮❤️ 13                    7 Comments  2 Shares

👍 Like          💬 Comment          ↪ Share

**McCall Calhoun**
2h · 🌐

The rotunda of the Capitol, occupied by the People in a hostile takeover, Jan. 6.







GOVERNMENT EXHIBIT

6

PENGAD 800-631-6989



**McCall Calhoun**
2h · 🌐

The rotunda of the Capitol, occupied by the People in a hostile takeover, Jan. 6.

👍❤️ 17                                    3 Shares

 Like           Comment           Share

GOVERNMENT EXHIBIT
7
PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

8
_____



**McCall Calhoun** @McCall... · 10/17/20

Yeah, standing by, and when Trump makes the call, millions of heavily armed, pissed off Patriots are coming to Washington to deal with the traitorous Chicom Democrats.

Oh yeah, the cops and the military are on our side.

💬 2          ⟲          ♡


GOVERNMENT
EXHIBIT
9





McCall Calhoun @McCall · 10/17/20

Hang the bastard



**McCall Calhoun**
@McCallCalhoun1

Replying to @TheJayneway @Iamthesandman13
and 3 others

You get help you commie hag.

Bring your rioting BLM–Antifa crime
wave to my city and the   body bags
with you morons are going to get
stacked up high.

In GA we have the right to self
defense you idiot.

11:37 AM · 10/19/20 · Twitter for iPhone

GOVERNMENT
EXHIBIT
11
PENGAD 800-631-6989



McCall Calhoun

I am living my life. I have tons of ammo.
Gonna use it, too - at the range and on
racist democrat communists.

So make my day. We will end this BS.

💬 1     ⟲     ♡ 1     ⬆

GOVERNMENT EXHIBIT
12



**McCall Calhoun** @McCall... · 10/16/20   •••

While ya'll pick on Tiffany and concern yourselves with other trivialities and irrelevancies, we're loading AR15 magazines and getting range time in. My AR15 set up will do head shots at 200 meters no problem. You have no clue what's coming.



GOVERNMENT
EXHIBIT
13



McCall Calhoun @McCall 10/15/20

Oh if you're white and what you're pushing happens you may not die on my sword, but you'll get an Antifa brick bashed against your head.

For my part, I'll be slinging enough hot lead to stack you commies up like cordwood.

 1





GOVERNMENT
EXHIBIT
14



**McCall Calhoun** @McCall... · 10/15/20 ···

War is coming. It's the only way to deal with our domestic Communist problem. Ruthlessness is in order. Harsh examples have to be made. This can be over soon enough if conservative Americans still have what it takes to kick some *ss. We shall see.





GOVERNMENT
EXHIBIT
___15___

PENGAD 800-631-6989



# McCall Calh... @McCallCalhoun ⌄
4 days ago • ◎216

We are waiting on the Supreme Court to do the right thing - and if it doesn't then the civil war is on! We won't stand for this democrat fraud and ejection stealing in the middle of the night!

GOVERNMENT EXHIBIT

16

PENGAD 800-631-6989



**McCall Calh...** @McCallCalhoun ⌄
10/20/20 · ◎21

As part of the anti-communist counter revolution we've got to get serious about stopping them by force of arms. We've been asleep at the wheel for so long there is no other way.

No one on the right has any balls. All talk. No action.

Will conservatives do nothing and "talk" their way into slavery?

File under "the United States is too weak, effete and corrupted to be allowed to exist any longer.

I'm a lawyer saying these things. We are so fucked unless regular Americans are prepared to do what has to be done.

GOVERNMENT
EXHIBIT
17



**McCall Calh...** @McCallCalhoun
10/20/20 · ◎20

I'm banned, I'm an outlaw and I'm pissed.

The only remedy for BLM -Antifa communism is violent retribution against the media and the democrats.

And I hate them even more for bringing us to this point.

GOVERNMENT
EXHIBIT
18
PENGAD 800-631-6989



# McCall Calh... @McCallCalhoun ⌄
10/20/20 • 👁21

Patriots be ready to storm Washington!

If you're willing to go to Washington in November to "peacefully protest" with AR15 in hand, upvote this.

GOVERNMENT EXHIBIT

19

PENGAD 800-631-6989

 **McCall C...** @McCallCalhoun
6 days ago

Why are Republicans so effete? And ignorant of History?

This is a racist communist insurgency.

One cannot negotiate with communists- they keep coming until they are either destroyed or victorious.

You will not end this threat from n courts or R polls, but only by force of arms. Think "ethnic cleansing", but it's anti-communist cleansing.

They will do it to us at the earliest opportunity.

Attempted Peace is no longer even remotely an option, but is a recipe for our downfall!

GOVERNMENT
EXHIBIT
20
PENGAD 800-631-6989

McCall 8w @McCallCalhoun Co...

enough.

58k at the latest Trump rally. Biden? LoL. Fake negro Kamala? Not enough people to even have a card game.

Meanwhile, all these businesses aren't boarding up to protect against Trump voters dumb shit. They aren't voting fir you pigs.

Matt Taibi nailed it - this democrat party is like a "vomit milkshake".

Even now you are pushing a form of Nadler's "Antifa violence is a myth" bullshit. Such a liar. So done.

So do you want a re-education camp or a bullet to the head? We're NOT going to co-exist with you racist communist assholes. You wouldn't let us if we wanted to, because believe me we've tried.

GOVERNMENT EXHIBIT 21

 **McCall Calh...** @McCallCalhoun
4 days ago ·

That's why we have AR15s, and it's just about time to open up a can of whoop ass!

0     0     2



GOVERNMENT EXHIBIT
22

**McCall C...** @McCallCalhoun

11 days ago

@Letsgoducks756 I won't struggle pulling a head shot at 200 meters day or night. Smoke that over commie bitch.

💬 1          ♡ 0          ⇧ 0

GOVERNMENT EXHIBIT
23

**McCall C...** @McCallCalhoun
5 days ago

@Lokahi7701 I write in complete sentences. You must be a proud graduate of STEM? You're probably one of these poor fools whose middle school history book mentioned George Washington once and Harriet Tubman 11 times - this is why your an ignorant dumbass who hates your own race and country.

You're just another brainwashed idiot who doesn't know squat.

I also shoot in a straight line, right on target - a head shot at 150 meters is like . . . no problem, dude.

GOVERNMENT
EXHIBIT
24
PENGAD 800-631-6989



 4 days ago • ©1.4k

Terrible thing that is happening but
The Lord is in control. Dad would
say Daniel 4. Try to not be
anxious...try to not be
angry...humility is one of God's traits

**McCall Calh...** @McCallCalhoun
4 days ago •

God helps those who help themselves.

God is on Trump's side - God is not on
the Communists' side and the party of
60 million abortions, and if Patriots have
to kill ten million of these fucking
communists to prove it, then it's God's
Will.

 1    0    1

 **Jack Gay...** @seriouschance
4 days ago

Don't think that's in Scripture
But I'm 100% with Donald J Trump ❤️


GOVERNMENT EXHIBIT 25



**The W...** @thewash...tonpundit
6 days ago · 👁180k

Let's watch PA find 700,001 votes for Biden.



**McCall Calh...** @McCallCalhoun
6 days ago ·

Let's just slaughter the motherfuckers because they are coming for us!

 0     0     1



GOVERNMENT
EXHIBIT
26
PENGAD 800-631-6989

 **McCall C...** @McCallCalhoun
11 days ago

@Letsgoducks756 I'm 58 and fully capable of pounding your snowflake ass into the ground.

You won't be laughing when Patriots go door to door executing you commies.

 2　　　♡ 0　　　△ 0

GOVERNMENT
EXHIBIT
_____
27

PENGAD 800-631-6989



**McCall Calhoun**
1h · 🌐

These were first 200 or so of us to actually get inside the Capitol. There was a group outside who made the initial breakthrough (not shown) and a few of them got hurt pretty good, but it didn't matter. Those of us coming up filled the ranks and we pushed on through and headed to the next barricade without stopping. That's what you're seeing here.



GOVERNMENT EXHIBIT
28

Thread

Relevant

**Houston Scott**
@HoustonScott812

Replying to @HoustonScott812

6:09 PM · Jan 7, 2021 · Twitter for iPhone

**3** Retweets  **12** Likes

**Houston Scott** @Hou... · Jan 7
Replying to @HoustonScott812

> **McCall Cal...** @McCallCalhoun
> 4 days ago
> Democrats aren't stealing this
> election for n the middle of the
> night by stopping counting and
> then magically finding hundreds of
> thousands of Biden mail in votes -
> Trump has a big surprise for the
> communists. You'll see soon
> enough.

♡ 1   ⟲ 2   ♡ 11

**Houston Scott** @Hou... · Jan 7

> **McCall...** @Mc...lhoun
> 4 days ago
> @Calodo2002 It's going to be
> hard to buy a beer when
> Democrats are being shot on
> sight.
> 💬1   ♡0   ⬆0

♡ 1   ⟲ 2   ♡ 11

**Houston Scott** @Hou... · Jan 7

> **McCall C...** @McCallCalhoun
> 4 days ago
> Trump won, otherwise it's civil war.
> 💬0   ♡0   ⬆9
>
> **McCall C...** @McCallCalhoun
> 5 days ago

♡ 1   ⟲ 2   ♡ 11

**Houston Scott** @Hou... · Jan 7

> **McCall C...** @McCallCalhoun
> 5 days ago
> It's going to the Supreme Court
> snowflake. The best thing you can
> hope for is that the Supreme Court

---



**McCall Calh...**  @McCallCalhoun
4 days ago ·

We do not stop at words! We get set for
the green light which will be the day the
Supreme Court ratifies this bullshit
stolen election, then AND ONLY then do
we go to war, and when we go to war
we are going to kill every last fucking
communist that stands in Trump's way!

💬 0    ♡ 0    ⬆ 0

GOVERNMENT
EXHIBIT
29

Houston Scott @HoustonScott812 · Jan 7
Note for these Ams of the "X minutes/hours/ days ago" is the time from him
posting to me taking a screenshot. Some of these are from weeks or months
ago.

After finding these I reported him to the GBI and the Atlanta FBI which I
believe we can't

♡ 2    ⟲ 3    ♡ 12



GOVERNMENT
EXHIBIT
30



GOVERNMENT
EXHIBIT

31

PENGAD 800-631-6989



GOVERNMENT
EXHIBIT

32

PENGAD  800-631-6989

Transcript of video filmed by William McCall Calhoun Jr.

Transcript completed by:  Special Agent Timothy Armentrout, FBI

Transcript completed on January 20, 2021


**Calhoun:**  Capitol… the crowds really, they're taking it back.

*Background crowd noise*

*At :25 secs video goes silent and shows social media posting comments.*

*At :39 seconds video inside capitol continues with background noise*

**Calhoun:**  (@ :49seconds) Looks like we are about to push through these cops…. We'll see what happens. Crowd's really pissed.

Background noise: "fuck the deep state, we'll fucking go to war"

