## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| **v.** : | Criminal No. 21-cr-116 |
| : | |
| MICHAEL CALHOUN AND : | |
| VERDEN NALLEY : | |
| : | |
| **Defendants.** : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney **Ahmed Baset**, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

Channing D. Phillips
Acting United States Attorney

By: **/s/ Ahmed Baset**
Ahmed M. Baset
Assistant United States Attorney
IL 630-4552
555 4th Street, N.W. Room #3626
Washington, DC 20530
202-252-7097
ahmed.baset@usdoj.gov