AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br><br>WILLIAM MCCALL CALHOUN JR.<br>*Defendant* | ) Case: 1:21-mj-00040<br>) Assigned to: Judge Zia M. Faruqui<br>) Assigned Date: 1/12/2021<br>) Description: COMPLAINT W/ARREST WARRANT<br>) |
|---|---|

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* William M. Calhoun Jr.                                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Violations of 18 U.S.C. 1752(a), 40 U.S.C. 5104(e)(2), and 18 U.S.C. 1512(c)(2)

Date: 01/12/2021

Zia M. Faruqui
2021.01.12 18:09:55 -05'00'
*Issuing officer's signature*

City and state: Washington D.C.                     Hon. Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/12/2021, and the person was arrested on *(date)* 1/15/2021
at *(city and state)* Georgia.

Date: 1/15/2021

*Arresting officer's signature*

Ryan Genry, Special Agent FBI
*Printed name and title*