UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-116 (DLF) |
| | : | |
| WILLIAM McCALL CALHOUN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF DOCKETING ERROR

Undersigned counsel mistakenly filed the government's opposition to Mr. Calhoun's motion for a bill of particulars at ECF No. 25 as a "Reply to Opposition" at ECF No. 29 before filing the same document correctly docketed as a "Memorandum in Opposition" at ECF No. 30. Undersigned counsel apologizes for the error.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

/s/ Adam Alexander
ADAM ALEXANDER
Assistant United States Attorney
AK Bar No. 1011057
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2021, I sent a copy of the foregoing via the Court's electronic filing system to Ms. Jessica Sherman-Stoltz, Esq., counsel for the defendant.

/s/ Adam Alexander
ADAM ALEXANDER
Assistant United States Attorney