UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-116 (DLF) |
| | : | |
| **WILLIAM McCALL CALHOUN,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**CONDITIONAL OPPOSITION TO DEFENDANT'S
MOTION TO MODIFY CONDITIONS OF PRETRIAL
RELEASE**

The United States, by and through the assigned Assistant United States Attorney, conditionally opposes the Defendant's Motion to Modify his conditions of Pre-trial release filed at ECF document 44 on the pleadings, but joins the Defendant's request that the Court address the motion at the upcoming July 8 status conference schedule in this matter, to hear from U.S. Probation regarding Mr. Calhoun's performance on supervision to date and any relevant clarification regarding the application and enforcement of the Court's prior order.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

/s/ Adam Alexander
ADAM ALEXANDER
Assistant United States Attorney
AK Bar No. 1011057
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2021, I sent a copy of the foregoing via the Court's electronic filing system to Jessica Sherman-Stoltz, Esq., counsel for the defendant.

/s/ Adam Alexander
ADAM ALEXANDER
Assistant United States Attorney