UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 21-CR-116 |
| WILLIAM McCALL CALHOUN, JR., and : | |
| : | |
| VERDEN SNDREW NALLEY, : | |
| Defendants. : | |

NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jennifer M. Rozzoni. AUSA Jennifer M. Rozzoni will be substituting for AUSA Adam Alexander.

Respectfully submitted,

CHANNING D. PHILLPS
Acting United States Attorney
D.C. Bar Number 415793

By:   s/ *Jennifer M. Rozzoni*
JENNIFER M. ROZZONI
NM Bar No. 14703
Assistant United States Attorney - Detailee
United States Attorney's Office
203 3rd Street, Suite 900
Albuquerque, NM 87102
Tel. No. 505-350-6818
Jennifer.m.rozzoni@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 7th day of September 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Jennifer M. Rozzoni*
JENNIFER M. ROZZONI
Assistant United States Attorney