UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 1:21-CR-00116 DLF |
| v. : | |
| : | |
| WILLIAM McCALL CALHOUN, : | |
| : | |
| : | |
| Defendant. : | |

## UNITED STATES' RESPONSE TO DEFENDANT'S FOURTH MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

The United States respectfully submits its Response to Defendant William McCall Calhoun's Fourth Motion to Modify Conditions of Pretrial Release (ECF 100). The Government respectfully states that, in light of Defendant Calhoun's continued compliance with his pretrial conditions and that his local pretrial services officer does not oppose the requested modification, the United States does not oppose the requested modification to pretrial conditions requested in Defendant Calhoun's motion.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     /s/
JENNIFER M. ROZZONI
NM Bar No. 14703
Assistant United States Attorney - Detailee
201 3rd Street, Suite 900
Albuquerque, NM 87102
Tel. No. 505-350-6818
jennifer.m.rozzoni@usdoj.gov

1