# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 1:21-CR-00116-DLF |
| WILLIAM MCCALL CALHOUN, JR.<br>*Defendant.* | |

## ORDER

Before the Court is the Defendant's *Motion to Accept Late Filing*. Having reviewed the motion, and for good cause shown, the Court hereby **GRANTS** Defendant's motion and will consider the Defendant's late filed *Second Unopposed Motion to Extend the Reply Deadline to the Government's Response Brief*.

**SO ORDERED**, this ___ day of _____, 2022.

_____
HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE