# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 1:21-CR-00116-DLF |
| WILLIAM MCCALL CALHOUN, JR.<br>*Defendant.* | |

## UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

COMES NOW, Defendant, William McCall Calhoun, Jr., by and through undersigned counsel, Jessica N. Sherman-Stoltz, and without opposition of the Assistant United States Attorney, and herby files this motion to continue his June 9, 2022 status conference to July 11, 2022. For just and good cause, Defendant states the following:

1. Defendant was granted a to-be-determined extension for filing pretrial motions, and Defendant is planning on filing additional motions that will not be fully briefed prior to the June 9th status conference. Continuing the June 9th status conference to a July 11th motions hearing will enable additional motions to be filed, fully briefed, and ready to be argued by July 11th.

2. Defendant agrees that any delay caused by the granting of this motion shall be excluded in computing the date for a speedy trial in this case.

WHEREFORE, Defendant respectfully requests that the Court grant his unopposed motion to continue his June 9, 2022 status conference to July 11, 2022.

A proposed Order is included.

Respectfully submitted, this 6th day of June 2022.

/s/ Jessica N. Sherman-Stoltz
JESSICA N. SHERMAN-STOLTZ, ESQ.
VIRGINIA STATE BAR NO. 90172
*Attorney for William McCall Calhoun, Jr.*
Sherman-Stoltz Law Group, PLLC.
P.O. Box 69, Gum Spring, VA 23065
Phone: (540) 451-7451 / Fax: (540) 572-4272
Email: jessica@sslg.law

CERTIFICATE OF SERVICE

I hereby CERTIFY that on this the 6th day of June 2022, a true and correct copy of the foregoing *Unopposed Motion to Continue* with the Clerk of Court via the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

/s/ Jessica N. Sherman-Stoltz
Jessica N. Sherman-Stoltz, Esq.
Virginia State Bar #90172
Sherman-Stoltz Law Group, PLLC.