# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No. 1:21-cr-00116 |
| ) | |
| WILLIAM MCCALL CALHOUN, JR ) | |
| *Defendant.* ) | |

## DEFENDANT'S FIFTH MOTION TO MODIFY
## CONDITIONS OF PRETRIAL RELEASE

COMES NOW, Defendant, William McCall Calhoun, Jr., by his undersigned counsel, Jessica N. Sherman-Stoltz, Esq., through the provisions of 18 U.S.C. § 3142(c)(3), and respectfully requests that this Honorable Court modify its March 9, 2021, July 8, 2021, August 20, 2021, December 2, 2021, and April 4, 2022 Orders Setting Conditions of Release (ECF Document Number 23, July 8, 2021 Minute Order, August 20, 2021 Minute Order, December 2, 2021 Minute Order, and April 4, 2022 Minute Order), by removing the 10 PM curfew requirement as a condition of Mr. Calhoun's release. In support, he states as follows:

1. Defendant has remained under bail conditions since this Court's March 9, 2021 order, a time period of approximately 16 months

2. Per this Court's July 8, 2021, Minute Order Modifying Conditions of Release, Defendant is subject to a curfew between the hours of 10:00 PM and 6:00 AM.

3. Defendant has been compliant while under pretrial supervision.

1

4. Defendant has no prior criminal history and no history of failures to appear.

5. Defendant has appeared at every proceeding related to his case since his initial appearance on January 15, 2021.

6. Defendant is not a flight risk and previously turned over his passport to his pretrial officer.

7. Defendant is not a danger to the community.

8. Defendant has strong ties to his community, to include many family members that live close by, and is a licensed attorney with a successful law practice with many active clients and cases which require his regular appearance in local courts.

9. On a regular basis Defendant is either going to court, visiting a client in jail, or in contact with a Judge, prosecutor, or law enforcement official, so his whereabouts will be readily known and easily verified.

10. Defendant recently had a surgical procedure on his right foot and will be undergoing a second surgical procedure on his left foot around the end of August. He sometimes requires the assistance of others to get to and from places, and having the curfew lifted will make things easier for him, and those helping him.

11. Over the past 16 months Defendant has demonstrated that he willingly complies with the conditions of his pretrial release and is an active participant

towards the resolution of these proceedings. The requirement of a curfew is more restrictive than necessary to ensure Mr. Calhoun's continued cooperation and appearance before this Court.

12. The attorney for the Government, Assistant United States Attorney, Deputy Chief, Brief and Assault Unit, Capital Siege Investigations, Jennifer Rozzoni, has advised she does not oppose this motion as long as pretrial services does not oppose.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant his Fifth Motion to Modify Conditions of Pretrial Release and enter an order releasing him from the requirement of a 10:00 PM – 6:00 AM curfew.

Dated: July 8, 2022

        Respectfully Submitted,
        WILLIAM MCCALL CALHOUN, JR.

        */s/ Jessica N. Sherman-Stoltz*
        Jessica N. Sherman-Stoltz, Esq.
        Virginia State Bar #90172
        Sherman-Stoltz Law Group, PLLC.
        P.O. Box 69, Gum Spring, VA 23065
        Phone: (540) 451-7451 / Fax: (540) 572-4272
        Email: jessica@sslg.law

## CERTIFICATE OF SERVICE

I hereby CERTIFY that on this the 8th day of July, a true and correct copy of the foregoing *Defendant's Fifth Motion to Modify Conditions of Pretrial Release* with the Clerk of Court via the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

     /s/ *Jessica N. Sherman-Stoltz*
Jessica N. Sherman-Stoltz, Esq.
Virginia State Bar #90172
Sherman-Stoltz Law Group, PLLC.