FD-597 (Rev. 4-13-2015) Page ___ of ___

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: _____

On (date) 1/15/2021

item(s) listed below were:
- [X] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) William McCall Calhoun

(Street Address) 2949 Malvern hill drive

(City) Macon, GA 31204

Description of Item(s):

(1) Camo in color "Trump hat"
(2) Scarf
(1) AR-15 sn: SCD055046
(1) SHOT-GUN SN: J572549-18
(1) AR-15 w/ scope sn: A063959
(1) GLOCK 19 hand-gun sn: BMTD671
(1) SHOT-GUN REMINGTON 870 sn: T151698V
(1) SHOT-GUN DICKENSON sn: 203610803
(1) SHOT-GUN BROWNING sn: 43454
(1) AR-15 w/ case sn: PA126718
(1) AR-15 w/ case sn: FFK049662

No further entries

Received By: Timothy _____ (Signature)

Printed Name/Title: Timothy Amendout SA/FBI

Received From: _____ (Signature)

Printed Name/Title: _____