# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 1:21-CR-00116-DLF |
| WILLIAM MCCALL CALHOUN, JR. *Defendant.* | |

## MOTION TO AMEND DEFENDANT'S MOTION TO RETURN PROPERTY

COMES NOW, Defendant, William McCall Calhoun, Jr., by and through undersigned counsel, Jessica N. Sherman-Stoltz, Esq., and moves this Court, for good cause shown, for the entry of an order accepting Defendant's Motion to Amended his previously filed *Motion to Return Property Seized in the Absence of a Search Warrant and in Violation of the Fourth Amendment* (ECF Document Number 122).

As grounds for this Motion, Defendant states as follows:

1. On September 6, 2022, Defendant filed to this Honorable Court a Motion to Return Property (ECF Document Number 122).

2. After having filed the Motion, the Government obtained video footage related to the Defendant's Motion from the FBI Agent present during his arrest. The Government Attorney had also just been made aware of this video footage.

3. After viewing the footage, undersigned counsel believes it to be appropriate to amend the previously filed Motion to Return Property because the video does add a good number of pertinent details to the Defendant's arrest, search of his family member's home, and seizure of his property.

4. Undersigned counsel believes that these revisions/amendments to the motion should be made prior to the Government Attorney taking her valuable time to write a response. Undersigned counsel has communicated this to the Government's Attorney since their response deadline is today, Monday, September 26, 2022.

5. In light of the upcoming October 12, 2022 motions hearing, Defendant felt it necessary and appropriate to seek leave of Court to amend the motion, and respectfully suggest an abbreviated response and reply timeline, so not to delay the October 12th motions hearing. The Government's Attorney is in agreement with the following abbreviated timeline:

    a. Defendant's Amended Motion – due on or before Friday, September 30, 2022.

    b. Government's Response – due on or before Friday, October 7, 2022.

      c. Defendant's Reply – due on or before Sunday, October 9, 2022.

WHEREFORE, Defendant respectfully requests that this Court enter an order allowing the Defendant to file an Amended Motion to Return Property Seized in the Absence of a Search Warrant and in Violation of the Fourth Amendment.

A proposed Order is included.

Respectfully submitted, this 26th day of September 2022.

      */s/ Jessica N. Sherman-Stoltz*
      JESSICA N. SHERMAN-STOLTZ, ESQ.
      VIRGINIA STATE BAR NO. 90172
      *Attorney for William McCall Calhoun, Jr.*
      Sherman-Stoltz Law Group, PLLC.
      P.O. Box 69, Gum Spring, VA 23065
      Phone: (540) 451-7451; Fax (540) 572-4272
      jessica@sslawgroupva.com

CERTIFICATE OF SERVICE

I hereby CERTIFY that on this the 26th day of September 2022, a true and correct copy of the foregoing *Motion to Amend Defendant's Motion to Return Property* with the Clerk of Court via the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

      /s/ *Jessica N. Sherman-Stoltz*
Jessica N. Sherman-Stoltz, Esq.
Virginia State Bar #90172
Sherman-Stoltz Law Group, PLLC.