# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 1:21-CR-00116-DLF |
| WILLIAM MCCALL CALHOUN, JR.<br>*Defendant.* | |

## ORDER

Before the Court is the Defendant's *Motion to Amend Defendant's Motion to Return Property*. Having reviewed the motion, and for good cause shown, the Court hereby **GRANTS** Defendant's motion and sets the following timeline for filings:

1. Defendant's Amended Motion – due on or before Friday, September 30, 2022.

2. Government's Response – due on or before Friday, October 7, 2022.

3. Defendant's Reply – due on or before Sunday, October 9, 2022.

**SO ORDERED**, this _____ day of September, 2022.

_____
HONORABLE DABNEY L. FRIEDRICH
UNITED STATES DISTRICT JUDGE