UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | |
| **v.** : | **Case No.: 21-CR-116-DLF-1** |
| : | |
| **WILLIAM MCCALL CALHOUN, JR.** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Sarah C. Martin, who may be contacted by telephone at 202-252-7048 or email at SMartin7@usa.doj.gov. This is notice of her appearance in this matter on behalf of the United States. This appearance is in place of Assistant United States Attorney Jenna Rozzoni.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Sarah C. Martin*
Sarah C. Martin
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street NW
Washington, D.C. 20001
(202) 252-7048