IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-00116 |
| | ) | |
| WILLIAM MCCALL CALHOUN, JR | ) | |
| *Defendant.* | ) | |

_____

**UNOPPOSED MOTION TO SET A BENCH TRIAL DATE AND WAIVER OF SPEEDY TRIAL**
_____

COMES NOW, Defendant, William McCall Calhoun, Jr., by and through counsel, Jessica N. Sherman-Stoltz, Esq., and without opposition respectfully moves this Court to set his bench trial proceedings to commence on March 1, 2023, and further to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the interest of the public and the defendants in a speedy trial pursuant to the factors described in 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (7)(B)(i), (ii), and (iv).

BACKGROUND & CASE POSTURE

1. Defendant is charged by indictment with one felony and four misdemeanor offenses related to crimes that occurred at the United States Capitol on January 6, 2021.

2. The parties participated in a pretrial status conference/motions hearing on January 13, 2022, wherein the Court granted Defendant's previously filed unopposed motion for a bench trial (See ECF Document No. #138). The Court offered trial dates of

February 1 and 2, 2023, but advised that due to the Court's unavailability on February 3rd, the conclusion of the trial may need to be delayed to the week of February 6, 2023. In the alternative, the Court offered trial dates of March 1-3, 2023.

3. Defendant prefers to not have a broken-up trial proceeding, and asks the Court to schedule his bench trial to commence on March 1, 2023.

## CONCLUSION

Accordingly, Defendant respectfully requests that this Court grant his Unopposed Motion to Set a Bench Trial Date for March 1, 2023, and to exclude the time within which the trial date must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the interest of the public and the defendants in a speedy trial pursuant to the factors described in 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (7)(B)(i), (ii), and (iv).

Dated: January 16, 2023.

Respectfully Submitted,

WILLIAM MCCALL CALHOUN, JR.

*/s/ Jessica N. Sherman-Stoltz*
Jessica N. Sherman-Stoltz, Esq.
Virginia State Bar #90172
Sherman-Stoltz Law Group, PLLC.
P.O. Box 69, Gum Spring, VA 23065
Phone: (540) 451-7451 / Fax: (540) 572-4272
Email: jessica@sslg.law

## **CERTIFICATE OF SERVICE**

I hereby CERTIFY that on this the 16th day of January 2023, a true and correct copy of the foregoing *Defendant's Unopposed Motion to Set a Trial Date and Waiver of Speedy Trial* with the Clerk of Court via the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

 /s/ *Jessica N. Sherman-Stoltz*_____
Jessica N. Sherman-Stoltz, Esq.
Virginia State Bar #90172
Sherman-Stoltz Law Group, PLLC.