IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00116 |
| ) | |
| WILLIAM MCCALL CALHOUN, JR ) | |
| *Defendant.* ) | |

_____

**DEFENDANT'S OBJECTIONS TO THE UNITED STATES' EXHIBITS**
_____

COMES NOW, Defendant, William McCall Calhoun, Jr., by and through counsel, Jessica N. Sherman-Stoltz, Esq., and respectfully files his objections to the United States' Trial Exhibits.

**I.      0 – 99 Series: Physical Evidence**

  a. 2 – Objection if being offered as the jacket the Defendant was wearing on 1/6/2021

**II.     100 – 199 Series: Maps, Diagrams, & Photographs**

  a. 101 – Objection as to authenticity and relevance

  b. 103 – Objection as to relevance & Prejudice outweighs probativeness

  c. 104 – Objection as to relevance & Prejudice outweighs probativeness

  d. 105 – Objection as to relevance & Prejudice outweighs probativeness

  e. 106 – Objection as to relevance & Prejudice outweighs probativeness

  f. 107 – Objection as to relevance & Prejudice outweighs probativeness

    g. 108 – Objection as to relevance & Prejudice outweighs probativeness

    h. 112 – Objection as to relevance & Prejudice outweighs probativeness

III. **200 – 299 Series: Documents & Reports**

    a. 206 – Possible objection as to relevance

IV. **300 – 399 Series: Audio & Video**

    a. 300 – Objection as to relevance

    b. 301 – Objection as to relevance

    c. 310 – Objection as to relevance

V. **400 – 499 Series: Parler Records**

    **a.** 400 - Objection as to relevance

    **b.** 401 - Objection as to relevance

    **c.** 402 - Objection as to relevance

    **d.** 403 - Objection as to relevance

    **e.** 404 - Objection as to relevance

    **f.** 405 - Objection as to relevance

VI. **500 – 599 Series: Facebook Records**

    a. 500 - Objection as to relevance

    b. 501 – Objection as to relevance

    c. 502 – Objection as to relevance

    d. 505 – Objection as to authenticity

  e. 506 – Objection as to authenticity

  f. 507 – Objection as to authenticity

VII. **600 – 699 Series: Defendant's Cellphone Records**

  a. No objections

Dated: February 28, 2023.

        Respectfully Submitted,
        WILLIAM MCCALL CALHOUN, JR.

        */s/ Jessica N. Sherman-Stoltz*
        Jessica N. Sherman-Stoltz, Esq.
        Virginia State Bar #90172
        Sherman-Stoltz Law Group, PLLC.
        P.O. Box 69, Gum Spring, VA 23065
        Phone: (540) 451-7451 / Fax: (540) 572-4272
        Email: jessica@sslg.law


## CERTIFICATE OF SERVICE

I hereby CERTIFY that on this the 28th day of February 2023, a true and correct copy of the foregoing *Defendant's Objections to the United States' Exhibits* was filed with the Clerk of Court via the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

        */s/ Jessica N. Sherman-Stoltz*
        Jessica N. Sherman-Stoltz, Esq.
        Virginia State Bar #90172
        Sherman-Stoltz Law Group, PLLC.