| Government | ✔ | United States | |
|---|---|---|---|
| Plaintiff | ☐ | VS. | Criminal No. <u>21-cr-116 (DLF)</u> |
| Defendant | ☐ | <u>William McCall Calhoun, Jr.</u> | |
| Joint | ☐ | | |
| Court | ☐ | | |

## GOVERNMENT'S EXHIBIT LIST

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| | **0-99 Series: Physical Evidence** | | | |
| 1 | Camouflage "Trump" Baseball Cap | | Yes | Armentrout |
| 2 | Brown Pattern Scarf | | Yes | Armentrout |
| | | | | |
| | **100-199 Series: Maps, Diagrams, & Photographs** | | | |
| 100 | Map Identifying the Restricted Area on U.S. Capitol Grounds on January 6, 2021 | | Yes | Mendoza |
| 101 | Photograph of West Side of U.S. Capitol Grounds with Snow Fencing and "Area Closed" Signs | | Yes | Mendoza |
| 102 | Photograph of Clothing Identified at Malvern Hill Residence | | Yes | Armentrout |
| 103 | Photograph of Closet Containing Guns at Malvern Hill Residence | | Yes | Armentrout |
| 104 | Photograph of Guns, Gloves, and Brass Knuckles Identified at Malvern Hill Residence | | Yes | Armentrout |
| 105 | Photograph of Guns in Closet at Malvern Hill Residence (2) | | Yes | Armentrout |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 106 | Photograph of Guns in Closet at Malvern Hill Residence (3) | | Yes | Armentrout |
| 107 | Photograph of Ammunition in Closet at Malvern Hill Residence | | Yes | Armentrout |
| 108 | Photograph of Gun Cases in Closet at Malvern Hill Residence | | Yes | Armentrout |
| 109 | Photograph of Backpack Identified at Malvern Hill Residence | | Yes | Armentrout |
| 110 | Photograph of Brown Pattern Scarf Identified at Malvern Hill Residence | | Yes | Armentrout |
| 111 | Photograph of Camouflage "Trump" Baseball Cap Identified at Malvern Hill Residence | | Yes | Armentrout |
| 112 | Photograph of Cases of Ammunition and Guns Identified at Malvern Hill Residence | | Yes | Armentrout |
| 113 | Photograph of Defendant's Room at Malvern Hill Residence | | Yes | Armentrout |
| | | | | |
| | **200-299 Series: Documents & Reports** | | | |
| 200 | U.S. Constitution, Article II, Section 1 | | Yes | Mendoza |
| 201 | Title 3, United States Code, § 15 | | Yes | Mendoza |
| 202 | Title 3, United States Code, § 16 | | Yes | Mendoza |
| 203 | Title 3, United States Code, § 17 | | Yes | Mendoza |
| 204 | Title 3, United States Code, § 18 | | Yes | Mendoza |
| 205 | S. Con. Res. 1, dated Jan 3, 2021 | | Yes | Mendoza |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 206 | Transcript/Recording of Hearing, U.S. v. Wesley, May 12, 2021 | | Yes | Armentrout |
| 207 | Signed Advice of Rights | | No | |
| 208 | Signed Consent to Search Bedroom in 2949 Mavern Hill | | No | |
| 209 | Transcript of Hearing, U.S. v. Calhoun, March 5, 2021 | | Yes | Armentrout |
| | | | | |
| | **300-399 Series: Audio & Video** | | | |
| 300 | Montage of Video Footage from USCP Security Cameras on January 6, 2021 (22 minutes) | | Yes (Reserve Ruling) | Mendoza |
| 301 | Montage of Video Footage from the U.S. House and Senate on January 6, 2021 | | Yes (Reserve Ruling) | Mendoza |
| 302 | Video footage from USCP Camera 0102 Senate Wing Door | | Yes | Mendoza |
| 302A | Video footage from USCP Camera 0102 Senate Wing Door | | Yes | Armentrout |
| 303A | Video footage from USCP Camera 0153 House Wing Door (1) | | Yes | Armentrout |
| 303B | Video footage from USCP Camera 0153 House Wing Door (2) | | Yes | Armentrout |
| 304 | Video footage from USCP Camera Memorial Door | | Yes | Armentrout |
| 305 | Video footage from USCP Camera Rotunda South | | Yes | Armentrout |
| 306A | Video footage from USCP Camera 0686 Rotunda Door Interior 1 | | Yes | Armentrout |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 306B | Video footage from USCP Camera 0686 Rotunda Door Interior 2 | | Yes | Armentrout |
| 307 | Video footage from USCP Camera 7029 Rotunda Door Interior | | Yes | Armentrout |
| 308A | Video footage from USCP Camera 0960 Rotunda North 1 | | Yes | Armentrout |
| 308B | Video footage from USCP Camera 0960 Rotunda North 2 | | Yes | Armentrout |
| 309 | Video of Verbal Consent to Search Bedroom | | No | |
| 310 | Audio Recording of Call Between Assistant District Attorney Lewis Lamb and Defendant on January 11, 2021 | | Yes (Reserve Ruling) | Armentrout |
| 311 | Compilation of Video Footage of Defendant Outside Capitol | | Yes | Armentrout |
| | | | | |
| | **400-499: Parler Records** | | | |
| 400 | 2020-10-20 post at 13:34:15 | | Yes | Armentrout |
| 401 | 2020-10-30 post at 16:57:24 | | Yes | Armentrout |
| 402 | 2020-11-04 post at 21:18:43 | | Yes | Armentrout |
| 403 | 2020-11-22 post at 00:42:56 | | Yes | Armentrout |
| 404 | 2020-11-22 post at 02:26:32 | | Yes | Armentrout |
| 405 | 2020-12-09 post at 00:00:50 | | Yes | Armentrout |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 406 | 2020-12-22 post at 05:46:33 | | Yes | Armentrout |
| 407 | 2020-12-29 post at 04:38:30 | | Yes | Armentrout |
| 408 | 2021-01-04 post at 20:18:38 | | Yes | Armentrout |
| 409 | 2021-01-05 post at 13:47:25 | | Yes | Armentrout |
| 410 | 2021-01-06 post at 18:43:34 | | Yes | Armentrout |
| 411 | 2021-01-06 post at 19:04:33 | | Yes | Armentrout |
| 412 | 2021-01-06 post at 19:39:35 | | Yes | Armentrout |
| 413 | 2021-01-06 post at 21:10:07 | | Yes | Armentrout |
| 414 | 2021-01-06 post at 21:16:17 | | Yes | Armentrout |
| 415 | 2021-01-06 post at 21:32:40 | | Yes | Armentrout |
| 416 | 2021-01-06 post at 21:32:44 | | Yes | Armentrout |
| 417 | 2021-01-06 post at 22:20:41 | | Yes | Armentrout |
| 418 | 2021-01-07 post at 04:26:43 | | Yes | Armentrout |
| 419 | 2021-01-07 post at 15:06:23 | | Yes | Armentrout |
| 420 | 2021-01-07 post at 19:15:00 | | Yes | Armentrout |
| 421 | 2021-01-09 post at 01:08:58 | | Yes | Armentrout |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 422 | 2021-01-09 post at 06:04:59 | | Yes | Armentrout |
| 423 | 2021-01-09 post at 18:41:24 | | Yes | Armentrout |
| | | | | |
| | **500-599: Facebook Records** | | | |
| 500 | 2020-11-7 post at 5:12:16 UTC | | Yes | Armentrout |
| 501 | 2020-11-08 post at 01:26:44 UTC | | Yes | Armentrout |
| 502 | 2020-12-16 post at 5:28:42 UTC | | Yes | Armentrout |
| 503 | 2021-1-5 post at 20:46:19 UTC | | Yes | Armentrout |
| 504 | 2021-1-6 post at 11:29:12 UTC | | Yes | Armentrout |
| 505 | 2021-1-6 post | | Yes (Reserve Ruling) | Armentrout |
| 506 | 2021-1-6 post | | Yes (Reserve Ruling) | Armentrout |
| 507 | 2021-1-6 post | | Yes (Reserve Ruling) | Armentrout |
| 508 | 2021-1-6 post at 21:08:23 UTC | | Yes | Armentrout |
| 509 | 2021-1-6 post at 22:11:33 UTC | | Yes | Armentrout |
| 510 | 2021-1-6 post at 22:51:45 UTC | | Yes | Armentrout |
| 511 | 2021-1-6 post at 19:03:23 UTC | | Yes | Armentrout |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 512 | 2021-1-6 post at 19:00:35 UTC | | Yes | Armentrout |
| | | | | |
| | **600-699 Series: Defendant's Cellphone Records** | | | |
| 600 | Video on Mall in Front of Washington Monument (File Name: IMG_3525.MOV) Length: 0:23 | | Yes | Armentrout |
| 601 | Video of Mall in Front of Washington Monument (2) (File Name: IMG_3526.MOV) Length: 0:21 | | Yes | Armentrout |
| 602 | Video of West Side of U.S. Capitol Grounds(File Name: IMG_3558.MOV) Length: 0:24 | | Yes | Armentrout |
| 603 | Selfie-Style Video of Defendant on West Side of U.S. Capitol (File Name: IMG_3559.MOV) Length: 00:35 | | Yes | Armentrout |
| 604 | Video Progressing Up Steps to West Plaza (File Name: IMG_3560.MOV) Length: 0:36 | | Yes | Armentrout |
| 605 | Video Entering Capitol Building (File Name: IMG_3564.MOV) Length: 0:31 | | Yes | Armentrout |
| 606 | Self-Style Video in Crypt (File Name: IMG_3566.MOV) Length: 0:02 | | Yes | Armentrout |
| 607 | Video Inside Crypt (File Name: IMG_3570.MOV) Length: 0:36 | | Yes | Mendoza |
| 608 | Video Inside Capitol of Rioters Shouting "Stop the Steal" (File Name: IMG_3577.MOV) Length: 1:00 | | Yes | Armentrout |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 609 | 2021-1-13 Chat | | Yes | Armentrout |
| 610 | 2021-1-9 Chat | | Yes | Armentrout |
| 611 | Selfie-Style Photo of Defendant Inside Capitol | | Yes | Armentrout |
| 612 | Photo Inside Capitol Rotunda | | Yes | Armentrout |
| 613 | Photo of Rioters Inside Capitol | | Yes | Armentrout |
| 614 | Selfie-Style Photo of Defendant Inside Crypt | | Yes | Armentrout |
| 615 | Photo of Rioters Inside Capitol Rotunda | | Yes | Armentrout |
| 616 | Photo of Rioters on the West Side of the Capitol | | Yes | Armentrout |
| 617 | Photo of Rioters on the West Side of the Capitol (2) | | Yes | Armentrout |
| 618 | Photo Inside Capitol Crypt | | Yes | Armentrout |
| 619 | Photo Inside Hallway of Capitol | | Yes | Armentrout |
| 620 | Photo of Rioters on West Side of Capitol (3) | | Yes | Armentrout |
| 621 | Selfie-Style Photo of Defendant and Co-Defendant Nalley on Sidewalk | | Yes | Armentrout |
| 622 | Photo of Entrance to Nancy Pelosi's Office | | Yes | Armentrout |
| 623 | Selfie-Style Photo of Defendant and Co-Defendant Nalley inside Capitol | | Yes | Armentrout |
| 624 | Photo of Rioters Inside Capitol Crypt | | Yes | Armentrout |

| Government Exhibit No. | Exhibit Description | Marked for ID | Rec'd into Evidence | Witness |
|---|---|---|---|---|
| 625 | Photo of Rioters Inside Capitol Crypt (2) | | Yes | Armentrout |
| 626 | Photo of Rioters Inside Capitol Crypt (3) | | Yes | Armentrout |
| 627 | Photo of Rioters Inside Capitol Rotunda (2) | | Yes | Armentrout |
| 628 | Photo Inside Hallway of Capitol (2) | | Yes | Armentrout |
| 629 | Photo of Co-Defendant Nalley Walking Up to Ramp to Capitol Entrance | | Yes | Armentrout |
| 630 | Selfie-Style Photo of Defendant Inside Capitol (2) | | Yes | Armentrout |
| 631 | Photo from Ramp Leading to Capitol Entrance | | Yes | Armentrout |
| 632 | Photo of Entrance to Nancy Pelosi's Office (2) | | Yes | Armentrout |
| | | | | |
| | **700 Series: Stipulations** | | | |
| 700 | Stipulation: Capitol Building and Grounds | | Yes | Mendoza |
| 701 | Stipulation: United States Capitol Police Closed Circuit Video Monitoring | | Yes | Mendoza |
| 702 | Stipulation: Certification of the Electoral College Vote | | Yes | Mendoza |
| 703 | Stipulation: Authenticity of Video in Government Exhibit 311 | | Yes | Armentrout |
| 704 | Stipulation: Authenticity of Social Media and Cellphone Exhibits | | Yes | Armentrout |