# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 1:21-CR-00116-DLF |
| WILLIAM MCCALL CALHOUN, JR.<br>*Defendant.* | |

## MOTION TO ACCEPT DEFENDANT'S LATE FILE SENTENCING MEMORANDUM

COMES NOW, Defendant, William McCall Calhoun, Jr., by and through undersigned counsel, and moves this Court, for good cause shown, for the entry of an order accepting Defendant's late filed *Sentencing Memorandum*

As grounds for this Motion, undersigned counsel states as follows:

1. On April 24, 2023 this Court entered a Minute Order ordering the parties to file their sentencing memoranda on or before July 21, 2023.

2. On July 21, 2023 Defendant filed a Motion for Extension of Time to file his Sentencing Memorandum, requesting the Court to allow him to file it on or before July 24, 2023.

3. On July 21, 2023 this Court granted his Motion.

4. Undersigned counsel filed Defendant's Sentencing Memorandum within one hour of the deadline, but nevertheless, on July 25, 2023, and not July 24, 2023.

5. This tardiness is by no means intended to be disrespectful to the Court, but is purely due to undersigned counsel being understaffed, having an above normal number of filing deadlines and trials, having been recently court appointed to a highly publicized murder case involving a 3-year old child, and the Defendant himself struggling to get his affairs in order related to his last few remaining clients, his law firm, his bar license, his health/medical care, packing/storing, etc., which has made it slightly more difficult for counsel and Defendant to confer, strategize and work on his case (with Defendant's participation).

6. Additionally, Defendant is still expecting character reference letters that undersigned counsel had hoped to receive in time to be filed as an exhibit to Defendant's sentencing memorandum, but unfortunately, as of the time of filing, has not received them.

7. Defendant's memorandum was filed in the early morning hours of July 25, 2023, so it will be before this Court and opposing counsel by the start of their day on July 25th.

8. The Government will not be prejudiced by this Court's acceptance of Defendant's late filed reply.

WHEREFORE, Defendant respectfully requests that this Court enter an order accepting the late filing of his *Sentencing Memorandum.*

Defendant's *Sentencing Memorandum* was filed separately from this Motion and within the appropriate ECF filing section for a Sentencing Memorandum.

Respectfully submitted, this 25th day of July 2023.

*/s/ Jessica N. Sherman-Stoltz*
JESSICA N. SHERMAN-STOLTZ, ESQ.
VIRGINIA STATE BAR NO. 90172
*Attorney for William McCall Calhoun, Jr.*
Sherman-Stoltz Law Group, PLLC.
P.O. Box 69, Gum Spring, VA 23065
Phone: (540) 451-7451; Fax (540) 572-4272
Email: jessica@sslg.law

CERTIFICATE OF SERVICE

I hereby CERTIFY that on this the 25th day of July 2022, a true and correct copy of the foregoing *Motion to Accept Late Filing* was filed with the Clerk of Court via the CM/ECF system, which will automatically send an email notification of such filing to all counsel of record.

*/s/ Jessica N. Sherman-Stoltz*
Jessica N. Sherman-Stoltz, Esq.