# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-116 (DLF) |
| : | |
| WILLIAM MCCALL CALHOUN, JR., : | |
| : | |
| Defendant. : | |

## UNITED STATES' MOTION TO DISMISS COMPLAINT

Following the defendant's conviction all counts charged in the Superseding Indictment on March 21, 2023 and the sentence imposed on this matter on August 4, 2023, the United States of America hereby moves to dismiss the Complaint filed on January 21, 2021 (ECF 1) in the interests of justice.

Dated:   August 18, 2023

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney

By:   /s/*Christopher Brunwin*
      CHRISTOPHER BRUNWIN
      California Bar No. 158939
      Assistant United States Attorney Detailee
      United States Attorney's Office
      Central District of California
      312 N. Spring Street
      Los Angeles, California 90012
      (213)894-4242
      christopher.brunwin@usdoj.gov

      SARAH MARTIN
      Assistant United States Attorney
      United States Attorney's Office
      601 D Street NW
      Washington, D.C. 20001
      (202)538-0035

sarah.martin@usdoj.gov