Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 1:21-cr-00116-DLF
)
William McCall Calhoun, Jr. )

## NOTICE OF APPEAL

Name and address of appellant:   William McCall Calhoun, Jr
5748 Malvern Hill Drive
Macon, GA 31204

Name and address of appellant's attorney:   Jessica N. Sherman-Stoltz
2016 Goose Creek Road, St. 106
Waynesboro, VA 22980

Offense:   18 U.S.C. 1512(c)(2) & 2; 18 U.S.C. 1752(a)(1); 18 U.S.C. 1752(a)(2); 40 U.S.C. 5104(e)(2)(D); 40 U.S.C. 5104(e)(2)(G)

Concise statement of judgment or order, giving date, and any sentence:

After having plead not guilty at the start of bench trial proceedings on March 1, 2023, Defendant was found guilty of counts 1-5 by a verdict entered on March 20, 2023. Date of the imposition of Judgment: August 4, 2023. Date the Judgment in a Criminal Case was signed: August 21, 2023. Date Amended Judgment was entered: August 31, 2023. Sentence imposed: 18 months as to count 1; 12 months as to counts 2 & 3; and 1 month as to counts 4 & 5. All sentence times to run concurrent with one another. Supervised release imposed: 24 months as to count 1; and 12 months as to counts 2 & 3. All terms of supervised release to run concurrent with one another. $2,000.00 in restitution was ordered. Defendant appeals the final judgment, conviction, and sentencing.

Name and institution where now confined, if not on bail:   Defendant was allowed to voluntarily surrender and is awaiting placement in a Federal detention facility.

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

September 5, 2023                               William M. Calhoun, Jr.   *(signed)*
DATE                                            APPELLANT
                                                Jessica N. Sherman-Stoltz   *(signed)*
                                                ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?                              YES ☑   NO ☐
Has counsel ordered transcripts?                                    YES ☑   NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?          YES ☑   NO ☐