**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> WILLIAM MCCALL CALHOUN, JR., <br><br> *Defendant.* | No. 21-cr-116 (DLF) |

## ORDER

Upon consideration of the United States' Response to the Court's June 28, 2024 Order to Show Cause, Dkt. 200, it is **ORDERED** that the defendant be released forthwith pending appeal. The United States does not oppose release pending appeal. *Id.* at 1. Further, consistent with 18 U.S.C. § 3143(b), the Court finds as follows:

- In light of the record before the Court, including but not limited to the defendant's offense conduct, history and characteristics, and performance on pretrial release, the Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released. 18 U.S.C. § 3143(b)(1)(A).

- In light of *Fischer v. United States*, 603 U.S. ___ (2024), and the defendant's projected August 7, 2024 release date, the Court finds that the defendant's appeal "is not for the purpose of delay and raises a substantial question of law or fact likely to result in . . . a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process." 18 U.S.C. § 3143(b)(1)(B)(iv).

**SO ORDERED.**

July 1, 2024

DABNEY L. FRIEDRICH
United States District Judge