# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3150**  **September Term, 2024**

**1:21-cr-00116-DLF-1**

**Filed On: October 28, 2024** [2082183]

United States of America,

    Appellee

  v.

William McCall Calhoun, Jr.,

    Appellant

## M A N D A T E

In accordance with the order of October 28, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Selena R. Gancasz
Deputy Clerk

Link to the order filed October 28, 2024